JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Suite 900
Glendale, CA  91210-0001
Telephone:  (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>VINCENT C. WILLIAMS,<br><br>   Defendant. | CASE NO.: ACV<br>**CV08-06113**<br><br>COMPLAINT ON PROMISSORY NOTE |

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

1. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of Long Beach.

2. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 1 on the date set forth on said note.

3. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

///

///

1

COMPLAINT

4. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant in the principal amount of $2,673.70 plus interest accrued to September 11, 2008 in the sum of $4,551.48 with interest accruing thereafter at $.59 per day until entry of judgment; with interest thereafter at the legal rate, administration charges of $00.00, reasonable attorney's fees, and accrued costs.

DATED: September 11, 2008          IRSFELD, IRSFELD & YOUNGER LLP

By: _____
JAMES J. WALDORF
Attorneys for Plaintiff

SIGN THIS COPY AND
RETURN TO LENDER

[CALI]FORNIA STUDENT AID COMMISSION
Guaranteed Student Loan Program

## APPLICATION/PROMISSORY NOTE AND DISCLOSURE STATEMENT

**NOTICE OF LOAN GUARANTEE**
This Promissory Note (exclusive of any modifications therein made by the Borrower or Lender unless specifically approved in writing by the Guarantor) shall be deemed to be guaranteed by the Guarantor under the terms of agreement to guarantee loans as amended from time to time when the guarantee is issued.

Date of Guarantee 09-16-85

**I. LENDER:** GREAT WESTERN SAVINGS
NORTHRIDGE, CA

**II. SCHOOL:**
From 09-03-85 to 05-30-86
Grade 1
Anticipated Comp. Date 05-31-90
Adjusted Gross Income $ 27440.00
Cost of Education $ 4045.00
Financial Aid $ 0.00
Expect. Family Contrib. $ 0.00
Net $ 4045.00

U.S. Citizenship: A) USA CITIZEN
; Prior Defaults: NO ; and DL#/ST is

**III. BORROWER INFORMATION**
S.S.N. ___-1378-0    CLIPS 09-17-85
WILLIAMS, VINCENT
INGLEWOOD, CA
DOB    PH
Perm/legal res.: CA    Major:    Enroll after H.S.: NO

**IV. REFERENCE INFORMATION** (Failure to complete this section will result in the denial of your loan — see instructions on last page — Section XXVI.)

| Check Block Applicable | A. ☒ PARENT ☐ GUARDIAN ☐ OTHER ADULT RELATIVE ☐ FRIEND | B. ☒ OTHER PARENT if their address is different than that in part A. ☐ OTHER ADULT RELATIVE ☐ FRIEND | C. ☒ OTHER ADULT RELATIVE ☐ FRIEND |
|---|---|---|---|
| Name | Sarah A. [illegible] | Evanie W. Williams | Daphne [illegible] |
| Home Address | [illegible] 6th Avenue | 1902 Urban Avenue | [illegible] |
| City/St/Zip | Inglewood, CA [illegible] | Memphis, Tenn [illegible] | [illegible] |
| Phone | [illegible] | [illegible] | [illegible] |

**V. ITEMIZATION OF THE AMOUNT FINANCED**

Loan Amount $ 2500.00
Less prepaid financial charges of:
Insurance Premium @ 1%  $ 139.58
Origination Fee @ 5%  $ 125.00
Amount Loan Check $ 2235.42
Interest Rate per annum 8 %
Grace Period 6 months

| Disbursement Schedule | Estimated Date of Disbursement | Loan Amounts of Disbursement | PREPAID FINANCE CHARGE Insurance Fee | PREPAID FINANCE CHARGE Origination Fee | Amount of Loan Check |
|---|---|---|---|---|---|
| ENTIRE | 10-30-85 | 2500.00 | 139.58 | 125.00 | 2235.42 |

UGRAD 2500.00    GRAD 0.00

**VI. POLICIES OF THE LENDING INSTITUTION APPLICABLE TO THIS LOAN ARE:**

WILLIAMS, VINCENT,
CLAIM NO
SSN ___-1378 TD 1

RECEIVED SEP 24 1985 STUDENT LOAN DEPT.

**VII. THE ISSUANCE OF THIS GUARANTEE DOES NOT IN ANY WAY OBLIGATE THE LENDER TO MAKE THIS LOAN.**

**VIII. BORROWER'S PROMISE TO PAY**

I, the undersigned (the borrower) promise to pay to the lender indicated above (in Section I) or to a subsequent holder of this promissory note all of the loan amount indicated above (in Section V) to the extent it is advanced to me, plus an amount equivalent to simple interest on this sum at the rate indicated above (in Section V). If I fail to pay any of these amounts when they are due, I will also pay all charges and other costs — including attorney's fees — that are permitted by Federal law and regulations for the collection of these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collections Practices Act, I will pay only those collection costs which are actually incurred, and can be duly documented, in the collection of this loan. I have read the instructions on the original application filed with the school. My signature on this Application/Promissory Note and Disclosure Statement certifies that I have read and agreed to the conditions and authorizations given in the "Borrower Certification" printed in Section XVIII.

I will not sign this note before reading it, inclusive of the writing in Sections I through Sections XXVI, even if otherwise advised. I will not sign this note if it contains any blank space. I am entitled to an exact copy of this note and any agreement I sign. By signing this note I acknowledge that it contains no blank space and that I have received an exact copy hereof. I have the right at anytime to pay in advance the unpaid balance due under this note without penalty. I have read the right to financial privacy act notice in Section XXI. I understand that if I knowingly make a false statement or misrepresentation on this form I am subject to penalties which may include fines or imprisonment under the United States criminal code and 20 U.S.C. 1097.

Vincent W. Williams        9-13-85        NOT APPLICABLE
Borrower's Signature        Date Signed        Signature of Co-signer (if required)

Borrower: Complete and/or sign all areas shaded in blue. Signature and mailing instructions are in Sections XXIV and XXV.

I certify under penalty of
perjury that this is a true
and exact copy of the
original promissory note.

_____  4-12-99
Name                    Date

IX. **TERMS OF REPAYMENT**

I will repay this loan in periodic installments during the repayment period that will begin no later than the number of months allowed in my "grace period" indicated above (in Section V) after the time I either leave school, or cease to carry at least one-half the normal academic workload at a school that is participating in the Guaranteed Student Loan Program (GSLP). However, during the grace period I may request that the repayment period begin earlier.

1) The Secretary of Education (Secretary) will pay the interest that accrues on this loan prior to the repayment period and during any deferment period, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the GSLP. In the event the interest on this loan is payable by the Secretary, the lender may not attempt to collect this interest from me. I may, however, choose to pay this interest myself.

2) Once the repayment period begins I will be responsible for payment of all the interest that accrues on this loan, except that if the interest accruing on this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues during any deferment period described under DEFERMENT in this Promissory Note.

3) The lender may add any interest to the unpaid principal balance of this loan that is not paid when it is due, in accordance with regulations of the California Student Aid Commission, the Guarantor governing the GSLP.

I will repay this loan within 10 years of the date of issuance of this Promissory Note. The repayment period that generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:

A) The lender may require a repayment period shorter than 5 years if it is necessary to ensure that during each year of the repayment period, I, or if both my spouse and I have GSLP or PLUS or CLAS Program loans outstanding, my spouse and I, pay toward principal and interest at least $600 on the unpaid balance, whichever is less, of the total amount owing to all holders of my — or our — GSLP and PLUS and CLAS loans.

B) Any period described under DEFERMENT in this Promissory Note or any period for which the lender has granted forbearance will not be included in determining the 5-10, and 15-year periods mentioned above.

If during the grace period, I request a shorter repayment period, the lender may grant me a shorter period; however, if the repayment period, I may later choose to have the repayment period extended to 5 years.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document known as a repayment schedule, that the lender will provide to me before the repayment period begins.

X. **PREPAYMENT**

I may, at my option and without penalty, prepay all or part of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

XI. **INSURANCE PREMIUM**

If required to do so by the lender, I will pay to the lender an amount equal to the premium that the lender is required to pay to the guarantee agency to obtain guarantee coverage on this loan. If the lender does not withhold this premium from the principal amount of the loan and I have not already paid the premium, I will pay the premium when the lender bills me separately for it. The insurance premium is equal to 1 per cent per annum on the unpaid principal of this loan from the anticipated "date of disbursement" until twelve months after the "completion date" given by the school on my application for this loan. No part of this insurance premium will be repaid to me unless the total loan is repaid within 60 days after the disbursal date, in which case the total premium paid will be returned.

XII. **ORIGINATION FEE**

If required to do so by the lender, I will pay to the lender an origination fee, authorized by Federal law, not to exceed 5 percent of the loan amount. The lender may withhold this fee from the proceeds of the loan. If any loan disbursement check is returned uncashed to the lender, I will be entitled to a refund of any loan origination fee paid in respect to such disbursement.

XIII. **LATE CHARGES**

If permitted by State law, the lender may collect from me a late charge if I fail to make any part of an installment payment within 10 days after it is due, unless I provide documentation that I am entitled to have the payment deferred as described under DEFERMENT in the Promissory Note. A late charge may not exceed $5 or 5 percent of an installment payment, whichever amount is less.

XIV. **DEFAULT**

If I default on the loan, according to interest, immediately due and payable. A default may make me ineligible for the benefits described under DEFERMENT and INTEREST in this Promissory Note. Under the California Student Aid Commission regulations governing the CGSLP, any of the following events could be considered a default:

- my failure to make a payment when it is due or,
- in certain circumstances, my failure to notify the lender
  - of a change in my address,
  - of a change in my name or,
  - of a change in my school or school enrollment status.

XV. **BANKRUPTCY**

In the event that bankruptcy proceedings are commenced by or against me, I specifically agree to notify the California Student Aid Commission of such occurrence in writing within 20 days of the filing of a petition) (Mail notice to: California Student Aid Commission, Educational Loan Programs Office (Bankruptcy Section) 1410 Fifth Street, Sacramento, CA 95814).

XVI. **CREDIT BUREAU NOTICE**

If I default on this loan, the lender or guarantor may report the default to credit bureau organizations. This may significantly and adversely affect my credit rating.

The lender must provide information on the repayment status of this loan to any credit bureau organization upon its request. If not otherwise prohibited by law, the lender may disclose information about the status of this loan to any credit bureau.

XVII. **DEFERMENT**

Payment of principal on my loan will be deferred after the repayment period begins, provided I comply with the procedural requirements set forth in the regulations governing the GSLP in any of these circumstances:

1) While I am —
   a) Full-time study at a school that is participating in the GSLP (unless I am not a citizen or national of the United States and am studying at a school not located in the United States);
   b) Full-time study at an institution of higher education or a vocational school that is operated by an agency of the Federal Government (e.g., the service academies);
   c) A graduate fellowship program approved by the Secretary of Education; or
   d) A rehabilitation training program for disabled individuals approved by the Secretary of Education.

2) For periods not exceeding 3 years for each of the following while I am —
   a) On active duty in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service;
   b) Serving as a Peace Corps Volunteer;
   c) Serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (ACTION programs)(e.g., VISTA);
   d) Serving as a full-time volunteer for an organization exempt from Federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1954, while performing service which is comparable to service in the PEACE CORPS or ACTION programs; or
   e) Temporarily totally disabled, as established by affidavit of a qualified physician, or unable to secure employment because I am providing care required for my spouse who is temporarily totally disabled, as established by affidavit of a qualified physician.

3) For a period not exceeding 2 years while I am serving in an internship that is required for me to gain professional recognition required to begin professional practice or service.

4) For a single period, not exceeding one year, while I am conscientiously seeking but unable to find full-time employment in the United States.

To be granted a deferment, I must provide the lender with written evidence of my eligibility. I must subsequently notify the lender as soon as the condition for which the deferment was granted no longer exists.

XVIII. **BORROWER CERTIFICATION**

I declare, under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section III and Section IV on the reverse side of this document is true, complete, and correct to the best of my knowledge and belief and is made in good faith. If I am due a refund from the certifying educational institution I authorize that institution the right to pay directly to the lender any refund or portion of refund, not to exceed the amount of this loan, that may be due to me. I further

UNITED STATES DEPT. OF EDUCATION
OCT 2 3 1991
CALIFORNIA EDUCATIONAL LOAN MARKETING
STUDENT AID
S. STREET, SUITE
NORTH BUILDING

All rights, title and interest of the California Loan Marketing Association is hereby sold without warranty except that the note qualifies for insurance by California Student Aid Commission.

CALIFORNIA STUDENT LOAN MARKETING ASSOCIATION BY

FEB 1 1993

I certify under penalty of
perjury that this is a true
and exact copy of the
original promissory note.

__T. /L___  4-12-99
Name            Date

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT C. WILLIAMS,<br><br>    Defendant.<br>_____/ | CASE NO.: ACV<br><br>CV08-06113<br><br>**SUMMONS**<br><br>COPY |

TO THE ABOVE-NAMED DEFENDANT, You are hereby summoned and required to file with the court and serve upon:

Plaintiff's attorney whose address is:

**IRSFELD, IRSFELD & YOUNGER LLP**
**100 W. BROADWAY, STE. 900**
**GLENDALE, CA 91210**

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATED: SEP 1 7 2008

*Allen Abersman, Acting Clerk*
United States District Court
Central District of California

**LA'REE HORN**
by: Deputy Clerk

(SEAL OF THE COURT)

1192

---

SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
VINCENT C. WILLIAMS

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
COUNTY OF LOS ANGELES

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JAMES J. WALDORF
KATHRYN E. VAN HOUTEN
IRSFELD, IRSFELD & YOUNGER
100 WEST BROADWAY, SUITE 900
GLENDALE, CA 91210
818-242-6859

Attorneys (If Known)

COPY

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify):
- [ ] 6 Multi-District Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TITLE 20 U.S.C. SECTION 1080 - BREACH OF CONTRACT

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- [X] 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**TORTS - PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litig.
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? [X] No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)    CV08-06113    CIVIL COVER SHEET    Page 1 of 2
CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?  [X] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
[X] Check here if the U.S. government, its agencies or employees is a named plaintiff.
LOS ANGELES

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
[ ] Check here if the U.S. government, its agencies or employees is a named defendant.
COUNTY OF LOS ANGELES

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
LOS ANGELES

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_  Date SEPT. 11, 2008
JAMES J. WALDORF

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (07/05)  CIVIL COVER SHEET  Page 2 of 2